# United States District Court

WESTERN DISTRICT OF NORTH CAROLINA                    MAY 2 6 2009

UNITED STATES OF AMERICA

v.                                    **WARRANT FOR ARREST**

WILLIAM KEVIN INNES

CASE NUMBER: 5:09cr27-2

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **William Kevin Innes**
                                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice

[ ] Probation Violation Petition

charging him or her with   brief description of offense
conspiracy to defraud the United States
mail fraud
unlawfully sell and possess counterfeit coins
unlawfully utter and pass counterfeit silver coins
in violation of Title 18 United States Code, Section(s) 371, 1341, 485, 486

Frank G. Johns                          Clerk, U.S. District Court
Name of Issuing Officer                     Title of Issuing Officer

Michelle Anderton                       May 19, 2009 at Charlotte, NC
Signature of Issuing Officer                Date and Location

                                              CHARLOTTE, NC

                                              JUN 1 1 2009

Bail fixed at $_____  by _____
                                        Name of Judicial Officer    U.S. DISTRICT COURT
                                                                    WESTERN DISTRICT OF NC

| RETURN |
|--------|

This warrant was received and executed with the arrest of the above-named defendant_____.

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | FBI Agents<br>Asheville, NC |  |
| DATE OF ARREST<br>06/02/2009 |  |  |