UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:09-cr-27-1-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)     **O R D E R**<br>BERNARD VON NOTHAUS    )<br>)<br>_____    ) | |

    **THIS MATTER** comes before the Court upon "Defendant's Motion for Miscellaneous Relief" (document #49) filed on September 22, 2009 requesting an order clarifying whether this Court's current release order prohibits Defendant from fulfilling orders for the Tea Party Dollar.

    **IT IS THEREFORE ORDERED** that Defendant's conditions of release are **AMENDED** to prohibit Defendant from minting or producing any coinage or currency and from circulating any coinage or currency that has not been produced by the United States Mint.

    The Clerk is directed to send copies of this Order to counsel for the Defendant and the Government; and to the Honorable Richard L. Voorhees.

    **SO ORDERED.**

Signed: October 16, 2009

David S. Cayer
United States Magistrate Judge