IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:09CR27-RLV

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | **AMENDED** |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| BERNARD VON NOTHAUS, | ) | |
| WILLIAM KEVIN INNES, | ) | |
| SARAH JANE BLEDSOE and | ) | |
| RACHELLE L. MOSELEY. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Defendant's Unopposed Joint Motion To Continue Docket Call And Request For a Status Hearing from the November 2, 2009, criminal term in the Statesville Division.

For the reasons stated in Defendant's motion and upon a showing that defense counsel has not had sufficient time within which to adequately prepare in this case, taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** The Court further finds that the ends of justice served by taking such action as requested by the Government outweigh the best interest of the public and the Defendant to a speedy trial.

**IT IS, THEREFORE, ORDERED** that:

1. The Defendant's motion for a continuance is **GRANTED** and this case is hereby continued from the November 2009, criminal term in the Statesville Division to the January 11, 2010 criminal term in the Statesville Division.

2. That the Clerk schedule a Status Hearing for December 7, 2009 at 2:30 pm at the Statesville Courthouse, Statesville, N.C.

Signed: October 23, 2009

*[Signature]*

Richard L. Voorhees
United States District Judge