IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:09CR27-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **O R DE R** |
| ) | |
| BERNARD VON NOTHAUS, ) | |
|       Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon the request of the Defendant for leave of Court to relocate from the State of Florida to the State of California in light of an employment offer made to Defendant's wife. (*See* Document #244) Defendant von Nothaus, who is awaiting sentencing, is currently being supervised by the U.S. Probation Department in Florida.[1] Defendant suggests that he be permitted to relocate to the Santa Monica, California area and apparently proposes that a similar request be made of the appropriate U.S. Probation Department in California. According to the motion, the local U.S. Probation Department, specifically, the Supervising Pretrial Officer for the Western District of North Carolina does not oppose Defendant's request.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion For Permission To Relocate is hereby **GRANTED**. Subject to any further conditions or instructions from the U.S. Probation Department in this district, and subject to this district's receipt of confirmation from the U.S. Probation Deparment in California that courtesy supervision will be provided as requested, Defendant von Nothaus may relocate.

---

[1] Defendant's motion refers to the arrangement as "courtesy supervision." (Motion, ¶2)

Signed: December 6, 2011

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge